UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL WAYNE MCDANIEL,**

      **Petitioner,**

v.                                        Case No.  6:21-cv-1812-CEM-EJK

**DAVID GABLE,**

      **Respondent.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioner's Motion for Summary Judgment Seeking Exoneration from Liability ("Motion," Doc. 27). The United States Magistrate Judge issued a Report and Recommendation (Doc. 30), recommending that the Motion be granted, (*id.* at 5).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 30) is **ADOPTED** and made a part of this Order.

2. The Petitioner's Motion for Summary Judgment Seeking Exoneration from Liability (Doc. 27) is **GRANTED**.

3. Petitioner Michael Wayne McDaniel is **ENTITLED** to exoneration from liability for the February 28, 2021, personal injury of David Gable aboard Petitioner's 2021 Boston Whaler 160 Super Sport vessel (Hull Identification No. BWCE1038J021).

4. The Clerk is directed to enter judgement accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 29, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record